# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 96-30468
Summary Calendar

ALLEN B. TOLLIVER, SR.,

Plaintiff-Appellant,

versus

ABELL CORP., d/b/a Poly
Processing Co., Inc.,

Defendant-Appellee.

Appeal from the United States District Court
For the Western District of Louisiana
(95-CV-750)

August 26, 1996

Before POLITZ, Chief Judge, JOLLY and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Proceeding *pro se*, Allen B. Tolliver, Jr. appeals an adverse summary

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

judgment in his Title VII employment discrimination case. Our review of the record and briefs discloses neither error of fact nor law; accordingly, essentially on the facts as found and reasons assigned by the district court in its Memorandum Ruling and Judgment filed April 4, 1996, the judgment appealed is AFFIRMED.